UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>  Petitioner,<br><br>  v.<br><br>CDCR and KERN VALLEY STATE PRISON,<br><br>  Respondents. | No. 1:17-cv-01066-DAD-MJS<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT<br><br>(Doc. No. 9) |

Petitioner is a state prisoner who was proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On November 17, 2017, this court issued an order adopting the findings and recommendations of the assigned magistrate judge, dismissing the petition as successive, and, to the extent petitioner sought to state civil rights claims, dismissing those claims without prejudice to petitioner bringing an appropriate action under 42 U.S.C. § 1983. (Doc. No. 7.) Petitioner filed a motion for relief from judgment on December 1, 2017, which the court interprets as a motion brought under Rule 59 of the Federal Rules of Civil Procedure, in which he asserts that this court lacks jurisdiction over this case. (Doc. No. 9.)

Petitioner's assertion provides no basis for reconsideration of the court's prior order. This court lacks jurisdiction to consider successive habeas petitions that have not yet been authorized by the Ninth Circuit Court of Appeals. *Jones v. Ryan*, 733 F.3d 825, 838 (9th Cir. 2013). Therefore, even if the court lacked jurisdiction for the reasons petitioner asserts, the judgment of

1

the court would have been the same: petitioner's habeas action would have been dismissed, because this court had no jurisdiction to consider a successive petition. Therefore, there is nothing to alter or amend in the judgment. *See* Fed. R. Civ. P. 59(e); *Spirtos v. Allstate Ins. Co.*, No. CV 02-8798-RGK (AIWx), 2004 WL 5803850, at *1 (C.D. Cal. June 21, 2004) (noting a motion under Rule 59 "must seek a substantive change that would result in a substantive alteration of the judgment rather than just a clerical correction or change in a purely procedural matter").

Accordingly, petitioner's December 1, 2017 motion for relief from judgment (Doc. No. 9) is denied.

IT IS SO ORDERED.

Dated: **December 20, 2017**

_____
UNITED STATES DISTRICT JUDGE